BEFORE THE SECOND DIVISION, APRIL 20, 1964

**No. 68471.**—Orientex, Ltd., and The Lang Co. v. United States, protests 62/16484 and 62/7183 (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of wallpaper sample books similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243), the claim of the plaintiffs was sustained.

**No. 68472.**—Carmichael Forwarding Service, Inc., a/c Intercontinental Supply & Manufacturing Company et al. v. United States, protests 63/10698, etc. (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of spits, forks, and other stove parts similar in all material respects to those the subject of Abstract 66689, the claim of the plaintiffs was sustained.